| 1. Person Reporting (Last name, First name, Middle initial) Harwell, Robert B | 2. Court or Organization U.S. District Court, S.C. | 3. Date of Report 5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 401 W. Evan Street McMillan Federal Bldg. Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Harwell Farms and Investment, Inc. |
| 2. | Officer/Director | Harwell Properties, Inc. |
| 3. | Officer/Director | Harwell Development Co., Inc. |
| 4. | Trustee | Trust #1 |
| 5. | Custodian | Custodial Account #1 |
| 6. | Custodian | Custodial Account #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/9/04 | Ballenger, Barth & Hoefer, LLP, my former law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | | designated files existing at the time of my departure (June 25, 2004) for my interest in my former law practice. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | U.S. District Court | 57,430.00 |
| 2. | 2004 | Harwell, Ballenger, Barth & Hoefer, LLP | 208,455.00 |
| 3. | 2004 | Ballenger, Barth & Hoefer, LLP (per agreement for interest in law firm-See Part II | 55,825.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SC Trial Lawyers Association | Aug 5-8, 2004, Hilton Head Island, S.C., attended S.C. Trial Lawyers Assoc. Convention (lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Reliance | PCDG, LLC/note & mtg./limited liability | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab/Sweep Acct | C | Interest | M | T | | | | | |
| 2. Common WB | A | Dividend | K | T | | | | | |
| 3. Common WFC | A | Dividend | J | T | | | | | |
| 4. Common ALV (X) | A | Dividend | J | T | | | | | |
| 5. Common R& H (X) | A | Dividend | J | T | | | | | |
| 6. Common TSFG | B | Dividend | L | T | | | | | |
| 7. BB&T Accts | E | Interest | O | T | | | | | |
| 8. First Reliance Accts | C | Interest | N | T | | | | | |
| 9. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | | None | K | U | | | | | See additional notes (1) |
| 10. Harwell Properties, Inc. 12 1/2% 12/31/04 compiled $21M | F | Distribution | K | U | | | | | See additional notes (1) |
| 11. Harwell Devel Co., Inc. 12 1/2% compiled 12/31/04 $52M | B | Distribution | L | U | | | | | See additional notes (1) |
| 12. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | See additional notes (1) |
| 13. Charles Schwab IRA #1 | B | Dividend | M | T | | | | | |
| 14. -Cash fund | | | | | | | | | |
| 15. -DFA Intl Small Co Port | | | | | | | | | |
| 16. -DFA Value III Port | | | | | | | | | |
| 17. -DFA Large Cap Intl Port | | | | | | | | | |
| 18. -DFA Large Cap Value III Port | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,000-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   ● = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -DFA US Large Co Instl Index Port | | | | | | | | | |
| 20. -DFA US Small Cap Port | | | | | | | | | |
| 21. -DFA US Small Cap Value | | | | | | | | | |
| 22. Charles Schwab IRA #2 | C | Dividend | N | T | | | | | |
| 23. -Cash fund | | | | | | | | | |
| 24. -DFA Intl Small Co Port | | | | | | | | | |
| 25. -DFA Intl Value III Port | | | | | | | | | |
| 26. -DFA Large Cap Intl Port | | | | | | | | | |
| 27. -DFA Large Cap Value III | | | | | | | | | |
| 28. -DFA US Lg.Co. Inst Index Port | | | | | | | | | |
| 29. -DFA US Small Cap Port | | | | | | | | | |
| 30. -DFA US Small Cap Value | | | | | | | | | |
| 31. Charles Schwab IRA # 3 | A | Dividend | K | T | | | | | See additional notes (3) |
| 32. -Cash fund | | | | | | | | | |
| 33. -DFA US Small Cap Port | | | | | | | | | |
| 34. Trust #1 | C | Dividend | M | T | | | | | |
| 35. -BB&T Corp | | | | | | | | | |
| 36. -Vanguard short-term treasury | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Richland County Zero 8/1/05 | B | Interest | L | T | | | | | |
| 38. Berkeley Co. SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 39. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 40. Piedmont Mun. Power Zero 1/1/08 | A | Interest | J | T | | | | | |
| 41. Piedmont Mun.Power Zero 1/1/13 | A | Interest | J | T | | | | | See additional note #2 |
| 42. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | See additional note #2 |
| 43. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 44. Piedmont Mun. Power Zero 1/1/15 | C | Interest | L | T | | | | | See additional note #4 |
| 45. Richland Co. SC Zero 8/1/09 | B | Interest | L | T | | | | | |
| 46. Richland Co. SC Zero 8/1/07 | A | Interest | J | T | | | | | |
| 47. SC Zero 7/1/12 | C | Interest | L | T | | | | | |
| 48. Three Rivers Solid Zero 1/1/09 | A | Interest | K | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |
| 52. DFA Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 53. Rental Property #1, N Myrtle Beach, SC (2003, $238,600) | D | Rent | M | R | | | | | See additional notes (5) |
| 54. Rental Property #2, Snowshoe, W.VA (2003 $175,000) | D | Rent | M | R | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. David W. Harwell & Sons Prop. LP (Cherry Grove Beach, SC 49% | | None | M | U | | | | | See additional notes (1) |
| 56. ($243,000 tax return 2004) | | | | | | | | | |
| 57. ▇▇▇▇ Florence, SC (25% purchase of previous | A | Rent | | | Sell | 9-22 | L | E | Ballenger, Barth & |
| 58. partner's interest) | | | | | | | | | |
| 59. College Fund #1 | A | Dividend | K | T | | | | | |
| 60. -College Bound Fund | | | | | | | | | |
| 61. -Bank of America Strategic Growth | | | | | | | | | |
| 62. -Mid Cap Brown Port Class A | | | | | | | | | |
| 63. -Small Co Port Class A | | | | | | | | | |
| 64. -Bond Port Class | | | | | | | | | |
| 65. College Fund #2 | A | Dividend | K | T | | | | | |
| 66. -College Bound Fund | | | | | | | | | |
| 67. -Bank of America Strategic Growth | | | | | | | | | |
| 68. -Small Co Port Class A | | | | | | | | | |
| 69. -Bond Port Class | | | | | | | | | |
| 70. -Mid Cap Growth Port Class A | | | | | | | | | |
| 71. ▇▇▇▇ Farms, Florence, SC 1999 $125,000 | | None | M | R | | | | | |
| 72. Custodial Acct #1 "(X)" | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Common TSFG | | | | | | | | | |
| 74. Custodial Acct #2 "(X)" | A | Dividend | J | T | | | | | |
| 75. -Common TSFG | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

(1) Changes in value were due to this years reporting being completed by CPA.

(2) Re-issued existing bond into two bonds on 9/29/04.

(3) Inadvertently omitted in listing of assets in previous year's reporting.

(4) Inadvertently reported as maturity date of 2/1/15 instead of 1/1/15.

(5) Increase in value due to $58,000 in improvements.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date *May 11, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544